MINUTE ENTRY
CURRAULT, M.J.
SEPTMEBER 8, 2020

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL |
| VERSUS | NO. 20-80 |
| RYAN WHEATEN | SECTION I |

**CRIMINAL ARRAIGNMENT**

APPEARANCES: X   DEFENDANT  *Consents to appearance by Video.*
               X   COUNSEL FOR DEFENDANT   (CJA)/FPD: *R. Judson Mitchell - By video*
               X   ASSISTANT U.S. ATTORNEY   BRIAN KLEBBA *(Edward Rivera) By video*
               ___ INTERPRETER _____   SWORN _____
               (TIME: _____ .M to _____ .M)

_X_ / READING OF THE INDICTMENT: READ WAIVED (SUMMARIZED)
_X_ / DEFENDANT ADVISED OF THE MAXIMUM PENALTY
_X_ / DEFENDANT PLEADS NOT GUILTY TO ALL COUNTS
_X_ / SPECIAL PLEADINGS SHALL BE FILED NO LATER THAN SEVEN DAYS PRIOR TO THE FINAL PRETRIAL CONFERENCE UNLESS OTHERWISE ORDERED BY THE DISTRICT JUDGE.

___ / DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

_X_ / DEFENDANT RELEASED ON ORIGINAL BOND

___ / BAIL SET AT _____

___ / DEFENDANT RELEASED ON NEW BOND

___ / OTHER: _____

**NOTICE:** _X_ / PRE-TRIAL CONFERENCE: **OCTOBER 7, 2020 AT 3:00 P.M.**

**BEFORE UNITED STATES DISTRICT JUDGE LANCE M. AFRICK**

_X_ / TRIAL: **NOVEMBER 2, 2020 AT 8:30 A.M.**

**BEFORE UNITED STATES DISTRICT JUDGE LANCE M. AFRICK**

MJSTAR: 00:06